```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**STEPHEN MARSHALL GABARICK, ET AL.**   *   **CIVIL ACTION**
                                        *
                                        *
**VERSUS**                              *   **NO. 08-4007**
                                        *   **REF.: ALL CASES**
                                        *
**LAURIN MARITIME (AMERICA) INC., ET AL.** *   **SECTION "B"(4)**

<u>**ORDER AND REASONS**</u>

Before the Court are "TINTOMARA" interests', etc. opposed motion to supplement the record (Rec. Doc. No. 817), motion to expedite hearing on that motion (Rec. Doc. No. 831), and motion for leave to file surreply (Rec. Doc. No. 847), as well as "ACL's" motion for entry of judgment (Rec. Doc. No. 826).

**IT IS ORDERED** that the motion to supplement the record (Rec. Doc. No. 817) is **GRANTED**, finding manifest injustice would likely result from excluding the documentation at Rec. Doc. No. 817-3. Alternatively, counsel's inadvertent omission here is excusable. Further, ACL is granted leave to also supplement the record with documentation in rebuttal to TINTOMARA's supplemental evidence at issue here, as contained in ACL's Rec. Doc. No. 853.

**IT IS FURTHER ORDERED** that the motion to expedite (Rec. Doc. No. 831) is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Sur

Reply is **GRANTED** and that TINTOMARA's sur reply shall be filed into the record of the Court.

**IT IS FURTHER ORDERED** that the motion for entry of a Rule 54(b) judgment (Rec. Doc. No. 826) is **DENIED**. While the Order and Reasons (Rec. Doc. No. 816) granted partial summary judgment, it did not resolve all claims between TINTOMARA and ACL. Further, as discovery progresses on the remaining maritime claims, the dismissal of claims for OPA contribution and subrogation could, arguably, be revisited.

New Orleans, Louisiana, this 11th day of February, 2010.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE