UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE<br>On Behalf of Themselves and<br>All Others Similarly Situated<br><br>VERSUS<br><br>LAUREN MARITIME (AMERICA), INC.;<br>WHITEFIN SHIPPING CO. LIMITED;<br>D.R.D. TOWING COMPANY, LLC;<br>AMERICAN COMMERCIAL LINES, INC.;<br>and THE NEW ORLEANS-BATON ROUGE<br>STEAMSHIP PILOTS ASSOCIATION | CIVIL ACTION<br><br>NUMBER: 08-4007<br><br>Applies to All Cases<br><br>SECTION: "B" – (4)<br><br>JUDGE:<br>IVAN L. R. LEMELLE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

## STIPULATION ON RECOVERABLE DAMAGES

**IT IS HEREBY STIPULATED**, consented and agreed by the parties to the captioned matter as follows:

1. By entering into this Stipulation, no party to this action admits liability or waives any claim of entitlement to "Limitation of Liability".

2. The purpose of the Stipulation is to obviate the necessity in this trial of formal proof of recoverable damages arising from this incident.

3. American Commercial Lines, Inc. and American Commercial Lines LLC, hereafter ("ACL"), warrant and represent that they are the proper parties, either directly or on behalf of its underwriters, to make claim and recover the damages ACL has asserted in this action and has entered into this Stipulation with the consent and approval of ACL's interested underwriters.

3.A. "Whitefin (Whitefin Shipping Co. Ltd., Laurin Maritime (America) Inc., Laurin Maritime AB, Anglo-Atlantic Steamship Co., Ltd., and MV TINTOMARA) warrants and represents that it is the proper party, either directly or on behalf of its underwriters, to make claim and to recover the damages Whitefin has asserted in this action and has entered into this Stipulation with the consent and approval of Whitefin's interested underwriters.

4. The Whitefin damage claim is identified in Exhibit 155 and is hereby stipulated to be proven in the agreed sum of SEVEN HUNDRED FIFTY THOUSAND ($750,000.00) D0LLARS.

5. The ACL damage claims is identified in Exhibit 712A, Exhibit 712B and Exhibits 713, 714 and 725 and is hereby stipulated to be proven in the agreed sum of SEVENTY MILLION ($70,000,000.00) DOLLARS.

6. In addition, Whitefin and ACL only consent and agree that the judgment entered in this action, after appeal, shall determine the liability, if any, of Whitefin and ACL only for the inchoate claims which have been, or will be, asserted against ACL by the NPFC or others, and which are identified, in part, in Exhibit 712C, subject to any defenses to the recoverability of damages.

7. As between ACL and Whitefin only, ACL consents and agrees to permit Whitefin priority in the collection of Whitefin's stipulated damages as may be adjudged against D.R.D. Towing, LLC ("D.R.D."), exclusive of interest and costs, from the Interpleader Funds, which are now on deposit in the Court and which were funded by the liability

underwriters of D.R.D., the Indemnity Insurance Company of North America and Houston Casualty.

The parties agree that the exhibits referenced herein are to be received into evidence in this trial without objection.

This 26th day of August, 2011.

*[signature]*

GLENN G. GOODIER (#06130), T.A.
RICHARD D. BERTRAM (#17881)
Jones, Walker, Waechter, Poitevent
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8174
Fax:              (504) 582-8010
ggoodier@joneswalker.com
Attorneys for American Commercial Lines LLC

and

JOHN A.V. NICOLETTI – Admitted *pro hac vice*
TERRY L. STOLTZ – Admitted *pro hac vice*
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza; 88 Pine Street
New York, NY 1005-1801
Telephone:   (212) 220-3830
Fax:              (212) 220-3780
jnicoletti@nicolettihornig.com
tstoltz@nicolettihornig.com
Attorneys for American Commercial Lines LLC

_/s/_
HUGH RAMSAY STRAUB (#12525)
DAVID B. LAWTON (#8149)
MICHAEL M. BUTTERWORTH (#21265)
RAYMOND T. WAID (#31351)
Phelps Dunbar, LLP
Canal Place, 365 Canal Street
Suite 2000
New Orleans, LA 70130-6534
Telephone:   (504) 566-1311
Fax:   (504) 568-9130
Attorneys for Laurin Maritime (America) Inc.,
Laurin Maritime AB, Whitefin Shipping Co. Ltd.
and Anglo-Atlantic Steamship Limited
("TINTOMARA Interests")


_/s/_
RANDOLPH J. WAITS (#13157), T.A.
JOHN F. EMMETT (#1861)
Waits, Emmett & Popp, LLC
1515 Poydras Street, Suite 1950
New Orleans, LA 70112-0000
Telephone:   (504) 581-1301
Fax:   (504) 581-1796
E-mail:   rwaits@wep-law.com
Attorneys for D.R.D. Towing Company, LLC

_/s/_
HILARY G. GAUDIN (#24427)
PRISCILLA M. SCHWARTZ (#14428)
Gaudin & Gaudin
1088 4th Street
Gretna, LA  70053
Telephone:   (504) 368-7500
Fax:   (504) 368-6511
E-mail:   emgaudin@bellsouth.net
Attorneys for John Bavaret