UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN MARSHALL GABARICK AND BERNARD ATTRIDGE** On Behalf of Themselves and All Others Similarly Situated | **CIVIL ACTION** NO. 08-4007 c/w 08-4156 REF: 08-4023, 08-4046            08-4261, 08-4600 |
| **VERSUS** | |
| **LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO., LTD.; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION** | **SECTION: "B"(4)** |

## JUDGMENT

For assigned written reasons, it is the judgment of the court that: (1) D.R.D. Towing Company, LLC, *in personam* and the M/V MEL OLIVER, *in rem*, are liable to and shall pay Laurin Maritime (America), Inc., Laurin Maritime AB, Whitefin Shipping Co., Ltd., and Anglo-Atlantic Steamship Limited (TINTOMARA interests); and American Commercial Lines, Inc. and American Commercial Lines LLC (ACL) their respective stipulated recoverable damages, plus interest and costs, as set forth in Record Document Number 1368; (2) All claims by D.R.D. against TINTOMARA interests and ACL are dismissed; (3) All claims by D.R.D. for the benefit of limitation of liability are rejected and dismissed; (4) All claims by TINTOMARA interests against ACL and all claims by ACL against

TINTOMARA interests are dismissed; and (5) All claims by John Bavaret are rejected and dismissed.

New Orleans, Louisiana, this 28th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE