UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN MARSHALL GABARICK, et al | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 08-4007 |
| | * | |
| | * | REF: 08-4023, |
| LAURIN MARITIME (AMERICA) INC., ET AL | * | 08-4046, 08-4261 |
| | * | 08-4600 |
| | * | |
| | * | SECTION "B" (4) |
| | * | |

## *EX PARTE* MOTION FOR DISBURSEMENT OF FUNDS

NOW INTO COURT comes the Plaintiffs/Claimants Steering Committee ("PSC"), who move this Court to disburse funds from the Registry to the entities and in the amounts listed in the table at the conclusion of this motion.

On June 7, 2012, the Court ordered that payment shall be made from the registry to the PSC in the amount of $89,891.91, representing reasonable fees and costs associated with representation in this action. (R. Doc. 1425). Subsequent to that order, on June 29, 2012 the Court ordered that previously-released settlements to 15 PSC claimants be returned and their claims dismissed, resulting in a total repayment of $8,287.50. (R. Doc. 1426). Subsequent to that order, on September 25, 2012 the Court ordered that four claimants out of the 15 previously-dismissed PSC claimants had executed releases, and re-released settlement funds in the amount of $2210.00[1]. (R. Doc. 1432).

---

[1] Each individual PSC claimant received $552.50 in settlement funds, for a total of $2210.00.

1

Of the original $89,891.91 principal awarded as attorneys' fees to the PSC, $97.50[2] in fees allocated to the PSC for each of the 11 claimants were removed from the PSC fee allocation following repayment of funds ordered in R. Doc. 1426. The total amount removed for the 11 dismissed claimants is $97.50 x 11 = $1072.50. Therefore, the accurate principal amount available for the PSC Fee award is now $89,891.91 - $1072.50 = $88,819.41. The PSC requests that the Court disburse this amount to the following entities and in the following principal amounts.

| **Bruno & Bruno, LLP** | $30,316.83 |
|---|---|
| **Martzell & Bickford** | $12,746.35 |
| **Bencomo & Associates** | $9,755.25 |
| **Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC** | $9,722.40 |
| **Law Offices of Sidney D. Torres, III** | $9,214.82 |
| **Leger & Shaw** | $9,214.83 |
| **J. Robert Warren, II, APLC** | $7,848.93 |

WHEREFORE, the PSC requests that this Court order the disbursement of funds in the amounts and to the entities listed in the table above.

Respectfully Submitted,
**Plaintiffs/Claimants Steering Committee, by its Chairman**

 */s/ Joseph M. Bruno*
Joseph M. Bruno (#3604)
BRUNO & BRUNO, LLP
855 Baronne Street, 3rd Floor
New Orleans, LA 70113
Ph.: (504) 561-6776
Fax: (504) 561-6775

---

[2] $97.50 represents 15% of the $650.00 total settlement to each claimant.

**Plaintiffs Steering Committee**

| | |
|---|---|
| Raul R. Bencomo | Scott R. Bickford |
| Bencomo & Associates | Martzell & Bickford |
| Entergy Corp. Building | 338 Lafayette Street |
| 639 Loyola Avenue; Suite 2110 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70113 | |
| | |
| Stevan C. Dittman | Walter J. Leger, Jr. |
| Gainsburgh, Benjamin, David, | Leger & Shaw |
| Meunier & Warshauer, LLC | Ninth Floor |
| Energy Centre | 600 Carondelet Street |
| 1100 Poydras Street; Suite 2800 | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70163 | |

Sidney D. Torres, III
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive; Suite 303
Chalmette, Louisiana 70043

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above Motion has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this October 11, 2012.

                                   /s/ Joseph M. Bruno
                                     Joseph M. Bruno