# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE On Behalf of Themselves and All Others Similarly Situated  VERSUS  LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO. LIMITED; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION | CIVIL ACTION  NO. 08-4007 c/w 08-4156 Consolidated Cases Refers to 08-4023, 08-4046, 08-4261, 08-4600  SECTION "B" – (4)  JUDGE: IVAN L.R. LEMELLE  MAGISTRATE JUDGE: KAREN WELLS ROBY |

## **NOTICE OF APPEAL**

Notice is hereby given that American Commercial Lines LLC hereby appeals to the United States Court of Appeals for the Fifth Circuit pursuant to Title 28 U.S.C. § 1291 from the final Judgment dated September 28, 2012 and entered in these actions of the 29th day of September, 2012 (R.Doc. 1436).

This 24th day of October, 2012.

        Respectfully submitted,

        **/s/** ***Glenn G. Goodier***
        GLENN G. GOODIER (#06130), T.A.
        RICHARD D. BERTRAM (#17881)
        LANCE M. SANNINO (#29409)
        Jones, Walker, Waechter, Poitevent
         Carrère & Denègre, L.L.P.
        201 St. Charles Avenue - 48th Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8174
        Fax:   (504) 582-8010
        ggoodier@joneswalker.com
        Attorneys for American Commercial Lines LLC

        and

        JOHN A.V. NICOLETTI – *admitted pro hac vice*
        TERRY L. STOLTZ - *admitted pro hac vice*
        NICOLETTI HORNIG & SWEENEY
        Wall Street Plaza
        88 Pine Street
        New York, New York 10005-1801
        Telephone: (212) 220-3830
        Fax:   (212) 220-3780
        E-mail: jnicoletti@nciolettihornig.com
        E-mail: tstoltz@nicolettihornig.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on 24th day of October, 2012 served a copy of the foregoing pleading on counsel for all parties by electronic filing, facsimile, hand delivery and/or by mailing same by United States mail, properly addressed and first class postage prepaid.

        */s/ Glenn G. Goodier*