UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE On Behalf of Themselves and All Others Similarly Situated<br><br>VERSUS<br><br>LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO. LIMITED; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION | CIVIL ACTION<br><br>NUMBER: 08-4007<br>c/w   08-4012; 08-4023; 08-4025;<br>        08-4031; 08-4046; 08-4055;<br>        08-4058; 08-4059; 08-4060;<br>        08-4156; 08-4261; 08-4317;<br>        08-4505; 08-4600; 08-4701<br><br>PERTAINS TO ALL CASES<br><br>SECTION: "B" – (4)<br><br>JUDGE:<br>IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

**MOTION FOR DISBURSEMENT OF FUNDS**

     NOW INTO COURT, through undersigned counsel, come TINTOMARA interests (Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited), and for the limited purpose of executing upon the Judgment entered in favor of TINTOMARA interests in this case on the 28th day of September, 2012 (Rec. Doc. 1436), MOVE the Court to disburse $750,000 of the funds deposited in the Court in these

1

consolidated proceedings to Whitefin Shipping Co., Ltd., for the reasons set forth in the attached Memorandum.

        RESPECTFULLY SUBMITTED,

        **PHELPS DUNBAR LLP**

BY:    */s/ David B. Lawton*
        DAVID B. LAWTON (#8149)
        MICHAEL M. BUTTERWORTH (#21265)
        RAYMOND T. WAID (#31351)
        Canal Place, 365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Attorneys for Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by the Court's CM/ECF system on this 22nd day of January 2013.

        */s/ David B. Lawton*
        DAVID B. LAWTON
        MICHAEL M. BUTTERWORTH
        RAYMOND T. WAID