UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE On Behalf of Themselves and All Others Similarly Situated<br><br>VERSUS<br><br>LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO. LIMITED; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION | CIVIL ACTION<br><br>NUMBER:  08-4007<br>c/w     08-4012; 08-4023; 08-4025;<br>         08-4031; 08-4046; 08-4055;<br>         08-4058; 08-4059; 08-4060;<br>         08-4156; 08-4261; 08-4317;<br>         08-4505; 08-4600; 08-4701<br><br>PERTAINS TO ALL CASES<br><br>SECTION: "B" – (4)<br><br>JUDGE:<br>IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

**MEMORANDUM IN SUPPORT OF MOTION**

**FOR DISBURSEMENT OF FUNDS**

This consolidated matter was tried by this Court, and Judgment was entered on the 28th day of September, 2012. Judgment was entered in favor of Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited

1

PD.8053721.1

("TINTOMARA interests") and against D.R.D. Towing Co, LLC, and MV MEL OLIVER, *in rem. Doc. 1436.* No appeal or cross-appeal has been taken by D.R.D. Towing Co., LLC, or MV MEL OLIVER, and the time for appeal and/or cross-appeal has run.

### Procedural background of interpleader

Shortly after the commencement of this litigation, Civil Action No. 08-4156, an interpleader action, was commenced by Indemnity Insurance Company of North America "(IINA"), the primary P&I insurer of D.R.D. Towing Co., LLC ("DRD"), and later joined by Houston Casualty Insurance Company ("Houston Casualty") and IINA in their capacity as excess liability insurers of DRD, by depositing the proceeds of the policies, $9,985,000.00, into the Court registry. The interpleader case was consolidated with the limitation actions, and with the lead case, CA 08-4007. *Rec. Doc. 30.* Presently, $8,276,583.74 of the original total of $9,985,000.00 is on deposit in the registry of the Court.

The judgment of this Court in the consolidated action awarded $750,000.00, plus costs and interest to TINTOMARA interests, against DRD. *Rec. Doc. 1436.* The only two remaining claimants to this interpleader fund are American Commercial Lines, LLC, and the TINTOMARA interests. All other claims have been settled and/or dismissed. See *Rec. Docs 1425, 1426, 1427, 1431 and 1436.*

### The stipulation

DRD and ACL stipulated at the trial the amount of Whitefin's recoverable damages, and that Whitefin would have priority in the collection of funds from the interpleader. See *Rec. Doc.*

2

PD.8053721.1

*1368, Paragraph #7.* (copy of which is attached hereto for the Court's easy reference).  ACL has advised Whitefin that it objects to this motion, apparently on the basis that ACL wishes to re-open the issue of the recoverability of Whitefin's damages. The stipulation, however, recites that its very purpose was to "obviate the necessity in this trial of the proof of recoverable damages arising from this incident." As consideration for the stipulation, Whitefin reduced its claim from the $1,000,510 originally sought to $750,000.  ACL reduced its claim from the amount originally sought to $70 million.  The sole reservation as to recoverability of damages in the stipulation was with respect to the effect of any liability finding on ACL's later recovery for inchoate claims by the NFPC against ACL (see paragraph 6 of stipulation) – not at issue here.

## Conclusion

In summary, then, Whitefin has a judgment against DRD; DRD has not appealed and the time for appeal has run; the funds to satisfy the judgment are in the Court; and the other possible claimant (ACL) to DRD's funds has stipulated that Whitefin can collect on its judgment from the interpleader as a matter of priority.  As a consequence, ACL has no standing to object to the disbursement to Whitefin of the $750,000.00.

For the above and foregoing reasons, the motion should be granted and the Court should order the disbursement by the Clerk of $750,000.00 to Whitefin Shipping Co. Ltd.

        RESPECTFULLY SUBMITTED,

        **PHELPS DUNBAR LLP**

BY:    */s/ David B. Lawton*
        DAVID B. LAWTON (#8149)
        MICHAEL M. BUTTERWORTH (#21265)
        RAYMOND T. WAID (#31351)
        Canal Place, 365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Attorneys for Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by the Court's CM/ECF system on this 22nd day of January 2013.

        */s/ David B. Lawton*
        DAVID B. LAWTON
        MICHAEL M. BUTTERWORTH
        RAYMOND T. WAID