"Certification of Funds in the Registry"

PRINCIPAL: $ 7,526,583.74

Financial Deputy: _KJang_ Date: 3-13-13

mk

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE On Behalf of Themselves and All Others Similarly Situated<br><br>VERSUS<br><br>LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO. LIMITED; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION | CIVIL ACTION<br><br>NO. 08-4007 c/w<br><br>08-4012; 08-4023; 08-4025; 08-4031; 08-4046; 08-4055; 08-4058; 08-4059; 08-4060; 08-4156; 08-4261; 08-4317; 08-4505; 08-4600; 08-4701<br><br>PERTAINS TO ALL CASES<br><br>SECTION "B" – (4)<br><br>Judge: IVAN L.R. LEMELLE<br><br>Magistrate Judge: KAREN WELLS ROBY |

## ORDER

Considering the foregoing consent Motion for Disbursement of Funds from the Registry of the Court submitted on behalf of American Commercial Lines LLC, + PROVIDED No OBJECTIONS:

IT IS HEREBY ORDERED that the Clerk of Court be and is hereby authorized and directed to draw checks on the funds held in deposit of the Registry of the Court in the principal amount of SEVEN MILLION, ONE HUNDRED THOUSAND AND

{N2601439.1}

NO/100 ($7,100,000.00) DOLLARS (principal only) and disburse as listed below, less the assessment fee for the administration of funds, payable as follows:

> Jones Walker Trust Account
> As attorneys for American Commercial Lines LLC
> 201 St. Charles Avenue, 50th Floor
> New Orleans, LA 70170
> Tax Identification No.: 72-0445111

The foregoing check may be mailed or delivered to Glenn G. Goodier, counsel for ACL, Jones Walker, LLP, 201 St. Charles Avenue, 50th Floor, New Orleans, LA 70170-5100.

New Orleans, Louisiana this 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE