# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK, ET AL. | CIVIL ACTION |
| VERSUS | NO.: 08-4007<br>Consolidated Cases<br>Refers to All Cases |
| LAURIN MARITIME (AMERICA), INC., ET AL. | SECTION "B" – (4)<br><br>JUDGE:<br>IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

### RESPONSE TO MOTION TO SET PREJUDGMENT INTEREST RATE SUBMITTED ON BEHALF OF AMERICAN COMMERCIAL LINES LLC

MAY IT PLEASE THE COURT:

Laurin Maritime (America), Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited, (collectively, the "Tintomara Interests") have filed a motion (R.Doc. 1489) seeking an order setting the prejudgment interest rate of 8.5% on the judgment entered after the trial on the merits of the exoneration and limitation actions (R.Doc. 1436).

American Commercial Lines LLC ("ACL") files this memorandum in support of the Tintomara Interests' motion, requesting that the Court set the prejudgment interest rate on all principal sums due under the judgment at the Louisiana published state rate of 8.5% which was in effect at the time of the collision on July 23, 2008.

{N2610915.2}

## POINT I.

### THE PREJUDGMENT INTEREST RATE THAT IS AWARDED TO THE TINTOMARA INTERESTS SHOULD BE APPLIED TO ACL'S PRINCIPAL JUDGMENT

Since the Tintomara Interests are seeking to have prejudgment interest rate awarded on the basis of the published Louisiana state rate at the time of the casualty, rather than any actual rate of interest paid by the Tintomara Interests, the prejudgment interest rate that the Court applies to the Tintomara Interests' principal judgment should also be applied to ACL's principal judgment.

## POINT II.

### THE PREJUDGMENT INTEREST RATE SHOULD BE CALCULATED AT THE LOUISIANA STATE RATE OF 8.5%

In this Circuit, "prejudgment interest is ordinarily awarded from the date of loss." *Reeled Tubing, Inc. v. M/V Chad G*, 794 F.2d 1026, 1028 (5th Cir. 1986). It is within the Court's discretion to set the prejudgment interest rate in a case arising under the admiralty jurisdiction of a federal court. *Zim Israel Navigation Co., Ltd. v. Special Carriers, Inc.*, 800 F.2d 1392, 1395 (5th Cir. 1986); *United States v. Central Gulf Lines, Inc.*, 974 F.2d 621, 630 (5th Cir. 1992).

"The court may exercise its discretion to award prejudgment interest at rates prescribed by state statute." *Zim Israel Navigation Co., Ltd. v. Special Carriers, Inc.*, 800 F.2d 1392, 1395 (5th Cir. 1986); *see Transorient Navigators Co., S.A. v. M/S Southwind*, 788 F.2d 288, 293 (5th Cir. 1986) (affirming an award of prejudgment interest at the Louisiana state rate); *see Todd Shipyards Corp. v. Auto Transp., S.A.*, 763 F.2d 745 (5th Cir. 1985) (affirming an award of prejudgment interest at the Louisiana state rate, compounded daily).

La. R.S. 9:3500 and La. R.S. 13:4202 provide that the legal rate of interest is determined by the Commissioner of Financial Institutions. La. Rev. Stat. Ann. §§ 9:3500(B), 13:4202(B). At the time of this casualty, the Louisiana published judicial interest rate was 8.5%. *See* Exh. A, http://www.ofi.state.la.us/, Judicial Interest Rates, last accessed March 25, 2013.

The Louisiana State Interest Rate of 8.5% should be applied for the entire prejudgment calculation. *Musmeci v. Schwegmann Giant Super Markets*, 159 F.Supp.2d 329, 356-57 (E.D.La. 2001) (awarding prejudgment interest at the rate in effect at the time the loss was suffered and continuing through the date of final judgment). This interest rate is in accord with other recent admiralty judgments. *See* Ex. B, *In re Taira Lynn Marine Ltd. No. 5, LLC*, Docs. 847-2, 862, No. 6:01-CV-1420 (W.D. La. 2009) (awarding prejudgment interest at the state rate of 8.241% throughout entire period).

Prejudgment interest should accrue at a rate of 8.5% from the date of the loss, July 23, 2008, until the date judgment was entered, September 28, 2012. A prejudgment interest of 8.5% applied to ACL's principal judgment of $7,100,000.00 is $1,653.42 per day over 1,529 days, resulting in a total prejudgment interest award of $2,528,079.18.

## CONCLUSION

ACL supports the Tintomara Interests' request that the prejudgment interest rate on all principal sums due under the judgment (R.Doc. 1436) be set at 8.5% from the date of the loss, July 23, 2008, until the entry of judgment, September 28, 2012.

{N2610915.2}

This 26th day of March, 2013.

Respectfully submitted,

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130), T.A.
RICHARD D. BERTRAM (#17881)
Jones Walker LLP
Place St. Charles - 48th Floor
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone:(504) 582-8000
Fax:       (504) 582-8010
E-mail:  ggoodier@joneswalker.com
E-mail:  rbertram@joneswalker.com
*Attorneys for American Commercial Lines LLC*

JOHN A. V. NICOLETTI, admitted *pro hac vice*
TERRY L. STOLTZ, admitted *pro hac vice*
Nicoletti Hornig & Sweeney
Wall Street Plaza, 88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com
*Attorneys for American Commercial Lines LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of March, 2013 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing, facsimile, hand delivery and/or by mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Glenn G. Goodier*

{N2610915.2}