UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE On Behalf of Themselves and All Others Similarly Situated | CIVIL ACTION |
| | NUMBER:  08-4007 |
| | c/w     08-4012; 08-4023; 08-4025; 08-4031; 08-4046; 08-4055; 08-4058; 08-4059; 08-4060; 08-4156; 08-4261; 08-4317; 08-4505; 08-4600; 08-4701 |
| VERSUS | |
| | |
| LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO. LIMITED; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION | PERTAINS TO 08-4600 |
| | SECTION:  "B" – (4) |
| | JUDGE: IVAN L.R. LEMELLE |
| | MAGISTRATE JUDGE: KAREN WELLS ROBY |

## MOTION FOR SUMMARY JUDGMENT
## AGAINST NATIONAL LIABILITY AND FIRE INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, come TINTOMARA interests

(Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-

Atlantic Steamship Limited), and move for judgment against National Liability and Fire

Insurance Company in the amount of $385,000 on the basis that

1)      American Commercial Lines LLC ("ACL") was the owner of the MEL OLIVER.

1

2)    ACL as owner of MEL OLIVER filed a limitation proceeding in this Court, being Civil action No.  08-4600.

3)    In connection with the above limitation proceeding, National Liability & Fire Insurance Company ("National Liability") filed a letter of undertaking for the value of the vessel, said letter of undertaking being a substitute for the vessel *in rem*.

4)    Judgment has been entered *in rem* against MEL OLIVER, and that judgment is final. *Rec. Doc. 1436*.

5)    Prejudgment interest was set at 8.5% per annum, to run from the date of the casualty (July 23, 2008) through date of judgment (September 28, 2012).  *Rec. Doc. 1516.* Based on the stipulated damages of $750,000, prejudgment interest is **$266,702.05**.

6)    A judgment for costs was entered in the amount of **$107,639.91**. *Rec. Doc. 1472*.

7)    Post-judgment interest is set by law at 1.7% per annum.  The post judgment interest from September 28, 2012, through January 28, 2014 is 2.21%.

8)    Post-judgment interest on the prejudgment interest and on the costs is 2.21% of $334,341.96, or **$7,388.95**.

9)    The principal judgment in favor of TINTOMARA of $750,000 was ordered to be paid on March 4, 2013.  Post-judgment interest on that amount from date of judgment through the Court payment order is **$5,484.50**.

10)   The total amount owed to TINTOMARA interests from MEL OLIVER, *in rem*, is **$387,215.41** (the sum of $266,702.05, $107,639.9, $7,388.95 and $5,484.50).

11)     As a result of the above, National Liability is obligated by its letter of undertaking to pay the $387,215.41 judgment entered against MEL OLIVER *in rem*.

12)     By the posting of the letter of undertaking, National Fire submitted to the personal jurisdiction of the Court.  *Rule 65 of the Federal Rules of Civil Procedure*.

13)     Service of this motion has been made electronically upon counsel for ACL by ECF filing, and pursuant to Rule 65.1 upon the Clerk of Court of the Eastern District of Louisiana by hand.

WHEREFORE, TINTOMARA interests move for entry of judgment in favor of TINTOMARA interests ((Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited) and against National Liability & Fire Insurance Company in the amount of $387,215.41.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ David B. Lawton*
       DAVID B. LAWTON (#8149)
       HUGH RAMSAY STRAUB (#12525)
       MICHAEL M. BUTTERWORTH (#21265)
       Canal Place, 365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9210
       Attorneys for Laurin Maritime (America)
       Inc.; Laurin Maritime AB; Whitefin
       Shipping Co. Ltd.; and Anglo-Atlantic
       Steamship Limited

3

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by the Court's CM/ECF system on this 13th day of February, 2014.

*/s/ David B. Lawton*
DAVID B. LAWTON
HUGH RAMSAY STRAUB
MICHAEL M. BUTTERWORTH

4