UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK and BERNARD ATTRIDGE On Behalf of Themselves and All Others Similarly Situated<br><br>VERSUS<br><br>LAURIN MARITIME (AMERICA), INC.; WHITEFIN SHIPPING CO. LIMITED; D.R.D. TOWING COMPANY, LLC; AMERICAN COMMERCIAL LINES, INC.; and THE NEW ORLEANS-BATON ROUGE STEAMSHIP PILOTS ASSOCIATION | CIVIL ACTION<br><br>NUMBER:  08-4007<br>c/w    08-4012; 08-4023; 08-4025;<br>         08-4031; 08-4046; 08-4055;<br>         08-4058; 08-4059; 08-4060;<br>         08-4156; 08-4261; 08-4317;<br>         08-4505; 08-4600; 08-4701<br><br>PERTAINS TO 08-4600<br><br>SECTION: "B" – (4)<br><br>JUDGE:<br>IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST NATIONAL LIABILITY AND FIRE INSURANCE COMPANY

MAY IT PLEASE THE COURT:

TINTOMARA interests (Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited), are moving to collect the prejudgment and post-judgment interest and costs for which MEL OLIVER, *in rem*, has been held liable. The principal amount of TINTOMARA's damages were paid from DRD's insurer's

1

PD.11026244.1

interpleader fund on March 14, 2013. *See Rec. Doc. 1483*. Left unsatisfied are costs, prejudgment interest, and post-judgment interest.

The Court of Appeals has affirmed this Court's Judgment, and consequently there is no longer any reason for delay of execution of the Judgment against the security posted for MEL OLIVER's *in rem* liability.

## The Judgments

Judgment was rendered against MEL OLIVER, *in rem*. ACL earlier raised objections to an *in rem* judgment on the basis of prematurity. ACL was raising defenses of lack of lawful possession of the vessel by DRD and also urged that a finding regarding any TINTOMARA liability had not been made. *See Rec. Doc. 1084*. Those dilatory arguments no longer have merit. The Court has entered a final judgment holding TINTOMARA was without fault, and has similarly ruled that ACL cannot urge that the MEL OLIVER was unlawfully in the possession of DRD. *Rec. Doc. 1530*. Consequently, ACL has no basis to object to the enforcement of the final judgment against MEL OLIVER, *in rem*.

## The limitation action and the security posted for MEL OLIVER

ACL filed a shipowner's limitation of liability action following this casualty. *CA 08-4600*. The limitation action was consolidated with the main action, *08-4007*. In the limitation action, ACL posted a letter of undertaking as security in the place of MEL OLIVER, *in rem*. That letter of undertaking, issued by National Liability & Fire Insurance Company, obligated National Liability to pay and satisfy any final decrees of claimants in the limitation proceeding. TINTOMARA was a claimant in the limitation proceeding and consequently is entitled to

judgment against National Liability for amounts of the *in rem* judgment not yet satisfied. Pursuant to F.R.C.P. Rule 65, National Liability has submitted to personal jurisdiction and service upon it can be effected by service upon the Clerk of Court.

### Calculation of amounts owed

The detail of the calculations are set forth in the motion. In summary, there is prejudgment interest ($266,702.05), costs ($107,639.91), and post-judgment interest ($12,873.45), the total of which is $387,215.41.

WHEREFORE, movants respectfully request that this Court enter judgment in favor of TINTOMARA interests ((Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited) and against National Liability & Fire Insurance Company in the amount of $387,215.41.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ David B. Lawton*
DAVID B. LAWTON (#8149)
HUGH RAMSAY STRAUB (#12525)
MICHAEL M. BUTTERWORTH (#21265)
Canal Place, 365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Laurin Maritime (America) Inc.; Laurin Maritime AB; Whitefin Shipping Co. Ltd.; and Anglo-Atlantic Steamship Limited

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by the Court's CM/ECF system on this 13th day of February, 2014.

                                    */s/ David B. Lawton*
                                    DAVID B. LAWTON
                                    HUGH RAMSAY STRAUB
                                    MICHAEL M. BUTTERWORTH