# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 12, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  American Commercial Lines, LLC
            v. United States
           No. 14-466
           (Your No. 13-30739)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

January 13, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 13-30739 American Cmercl Lines, L.L.C. v. D.R.D. Towing  
           USDC No. 2:08-CV-4007  
           USDC No. 2:09-CV-4466

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____  
        Charlene A. Vogelaar, Deputy Clerk  
        504-310-7648