UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN MARSHALL GABARICK, et al.<br><br>VERSUS<br><br>LAURIN MARITIME (AMERICA), INC., el al. | CIVIL ACTION<br><br>NO. 08-4007<br>c/w 08-4156, 08-4023,<br>08-4046, 08-4261,<br>08-4600<br><br>SECTION "B" – (4)<br><br>REF:  ALL CASES<br><br>SECTION "B" (4) |

## JOINT STATUS REPORT

In accordance with the Court's Order of January 28, 2015 (R.Doc. 1575), undersigned counsel for American Commercial Lines LLC ("ACL"), DRD Towing Co., LLC ("DRD"), and Whitefin Shipping Co. Limited, Anglo-Atlantic Steamship Limited, Laurin Maritime AB, Laurin Maritime (America), Inc. (collectively the "Tintomara Interests"), respectfully submit the following Joint Status Report to the Court:

### EXONERATION/LIMITATION ACTIONS

The four exoneration/limitation proceedings filed as a result of the collision and oil spill have been concluded and there are no further claims before the Court in the exoneration/limitation actions, namely:

1. Civil Action No. 08-4023 - - Exoneration/Limitation proceeding filed by M/V TINTOMARA Interests.

2. Civil Action No. 08-4046 - - Exoneration/Limitation proceeding filed by ACL for Barge DM-932.

{N2954846.4}

3. Civil Action No. 08-4261 - - Exoneration/Limitation proceeding filed by DRD as owner pro hac vice of the M/V MEL OLIVER.

4. Civil Action No. 08-4600 - - Exoneration/Limitation proceeding filed by ACL as owner of the M/V MEL OLIVER.

All Letters of Undertaking posted by ACL and the Tintomara Interests have been canceled and discharged of record, R. Docs. 1570, 1571, 1572 and 1573, and ACL has filed a motion to cancel the limitation bond for the DM-932 in C.A. 08-4046.

The U.S. Supreme Court denied *certiorari* on January 14, 2015.  *See* R. Doc. 1547, Letter from U.S. Supreme Court.

## INTERPLEADER ACTION

Civil Action No. 08-4156 is the Interpleader Action of IINA and Houston Casualty.  All remaining funds on deposit in the Registry of the Court have been disbursed by agreement of the parties and pursuant to the Court's orders.  *See* R. Docs. 1567 and 1568.

There are no remaining claims for the Court to decide in the Interpleader Action.

## LEAD ACTION

There are no other remaining claims under the lead case 08-4007, the Court having dismissed same with prejudice by Orders dated June 29, 2012 (R.Doc. 1426), and September 6, 2012 (R.Doc. 1429), and September 24, 2012 (R.Doc. 1431).  The lead action and the other consolidated actions can be closed.

## OTHER ACTIONS BEFORE SECTION B

ACL notes for the Court's general reference that there are other Civil Actions pending before Section B which matters are separately docketed Civil Actions and are not part of 08-

4007, namely "Nguyen v. American Commercial Lines," C.A. 11-1799 c/w 11-2705, which concern fishermen claims, and the matter captioned "United States of America v. American Commercial Lines, LLC, et al.," Civil Action No. 11-2076.  On January 28, 2015, the Court held a telephone status conference with counsel in C.A. 11-2076.

This 30th day of January, 2015.

    Respectfully submitted,

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones Walker LLP
Place St. Charles - 48th Floor
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone:  (504) 582-8000
Fax:  (504) 582-8010
E-mail:  ggoodier@joneswalker.com
E-mail:  rbertram@joneswalker.com
E-mail:  lsannino@joneswalker.com
*Attorneys for American Commercial Lines LLC*

*/s/ Michael M. Butterworth*
DAVID B. LAWTON (#8149)
HUGH RAMSAY STRAUB (#12525)
MICHAEL M. BUTTERWORTH (#31365)
Phelps Dunbar LLP
Canal Place, Suite 2000, 365 Canal Street
New Orleans, LA 70130
Telephone:  (504) 566-1311;
Fax:  (504) 568-9130
E-mail:  butterwm@phelps.com
*Attorneys for Laurin Maritime (America) Inc.,*
*Laurin Maritime AB, Whitefin Shipping Co. Ltd.*
*and Anglo-Atlantic Steamship Company*

*/s/ Randolph J. Waits*
JOHN F. EMMETT (#1861)
RANDOLPH J. WAITS (#13157)
MATTHEW F. POPP (#24608)
Waits, Emmett & Popp, L.L.C.
1515 Poydras Street, Suite 1950
New Orleans, LA 70112
Telephone:  (504) 581-1301
Fax:  (504) 585-1796
E-mail:  jemmett@wep-law.com; rwaits@wep-law.com
*Attorneys for D.R.D. Towing Company, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of January, 2015 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing, facsimile, hand delivery and/or by mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Glenn G. Goodier*