UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN MARSHALL GABARICK, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4007 C/W 08-4156<br>08-4023, 08-4046<br>08-4261, 08-4600**<br><br>**REF: ALL CASES** |
| **LAURIN MARITIME (AMERICA), INC., ET AL.** | **SECTION "B"(4)** |

## ORDER

The Court being informed that there remain no outstanding claims in the above-captioned consolidated actions (See Rec. Doc. 1577),

**IT IS HEREBY ORDERED** that the matter shall be **administratively closed.**

New Orleans, Louisiana, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE